440 F.2d 797
 UNITED STATES of America, Plaintiff-Appellee,
v.
Edward Britt WILSON, Defendant-Appellant.
 No. 30926 Summary Calendar.
 United States Court of Appeals, Fifth Circuit.
 March 31, 1971
Certiorari Denied June 21, 1971
 
 See 91 S.Ct. 2253.
 Robert B. Thompson, Gainesville, Ga., for defendant-appellant.
 John W. Stokes, Jr., U.S. Atty., Robert E. Whitley, Asst. U.S. Atty., Atlanta, Ga., for plaintiff-appellee.
 Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York, et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966